Kell, Deputy Attys. Gen., San Francisco, Cal., for appellee.

Before CHAMBERS, BROWNING and KILKENNY, Circuit Judges.

PER CURIAM:

The decision of the district court is affirmed.

Boykin v. Alabama (1969), 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274, upon which appellant heavily relies, is distinguishable on its facts, and it is not retroactive. Miller v. Cupp (9th Cir. 1970), 427 F.2d 710.

The trial court disbelieved petitioner on his claim of naivete in entering his guilty plea. It believed contrary general testimony of counsel. Under the circumstances, if the burden of proof could be said to be on the state, we think it was sustained.

PER CURIAM:

The judgment of conviction is affirmed.

We find the evidence sufficient on both counts.

On appeal, for the first time an objection is raised in behalf of Hernandez as to a search of his automobile after his arrest. This search did produce additional evidence. The objection, if it had merit, was waived below.

The renewed motion for bail is denied.

The motion to correct the probation report is denied. The appellant may now make a proper motion in the district court under Rule 35, Federal Rules of Criminal Procedure, and under such a motion the alleged inaccuracy of the probation report may be considered.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Simon Alex HERNANDEZ, Appellant.**

No. 23573.

United States Court of Appeals, Ninth Circuit.

Dec. 21 and 23, 1970.

Lawrence J. Lee (argued), Los Angeles, Cal., for appellant.

John W. Newman (argued), Asst. U. S. Atty., Robert L. Meyer, U.S. Atty., Theodore E. Orliss, Brian J. O'Neill, Asst. U.S. Attys., Los Angeles, Cal., for appellee.

Before CHAMBERS, BARNES and CARTER, Circuit Judges.

**UNITED STATES of America ex rel. Peter L. RAMBEAU, Appellant,**

v.

**Alfred T. RUNDLE, Superintendent, State Correctional Institution, Graterford, Pennsylvania, and Commonwealth of Pennsylvania (York County, Pennsylvania).**

No. 18779.

United States Court of Appeals, Third Circuit.

Submitted on Briefs Dec. 18, 1970.

Decided Jan. 4, 1971.

Peter L. Rambeau, pro se.

Joseph E. Erb, Asst. Dist. Atty., York, for appellee.

Before HASTIE, Chief Judge, and FREEDMAN and GIBBONS, Circuit Judges.